IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BUDDY W. JOHNSTON,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0267

Opinion filed October 5, 2016.

Petition for Writ of Certiorari – Original Proceeding.

Luke Newman, Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    DENIED.

WINOKUR, JAY, and WINSOR, JJ., CONCUR.